IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BURLINGTON INSURANCE COMPANY,**

      Plaintiff,

v.                                                     Case No. 2:11-cv-544 WJ/SMV

**LAS CRUCES GOSPEL RESCUE MISSION,**
**INC., a Las Cruces Nonprofit Corporation,**
**STANLEY FLEMING,**
**JOHN HOLMES,**

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Friday, March 30, 2012 at 10:00 a.m.

**Matter to be heard**:   Filing of closing documents.

      A telephonic status conference is hereby set for Friday, March 30, 2012 at 10:00 a.m. Parties shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Parties shall discuss with Judge Vidmar why closing documents have not been filed and when they can be anticipated.

      SO ORDERED.

                                                                  STEPHAN M. VIDMAR
                                                                  United States Magistrate Judge